UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TROY RANDOLPH                                             CIVIL ACTION

VERSUS                                                   NO. 11-1282

ASSISTANT DISTRICT ATTORNEY                              SECTION "J" (2)
MATTHEW BOURQUE

## **O R D E R**

The court, having considered the complaint, the record, the applicable law, the Report

and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to

file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the

Report and Recommendation of the United States Magistrate Judge and adopts it as its

opinion in this matter.  Therefore,

**IT IS ORDERED** that plaintiff's complaint asserting claims pursuant to 42 U.S.C.

§ 1983 are hereby **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure

to state a claim under 28 U.S.C. § 1915(e)(2) or under Heck v. Humphrey, 512 U.S. 477

(1994), until such time as the Heck requirements are met.

**IT IS FURTHER ORDERED** that all habeas corpus claims asserted in plaintiff's

Section 1983 complaint are **DISMISSED WITHOUT PREJUDICE** for failure to exhaust

state court remedies.

**IT IS FURTHER ORDERED** that plaintiff's **Motion to Supplement Complaint**

**(Rec. Doc. 5)** is **GRANTED**.  However, the Court finds that the Supplemental Complaint

does not change the Court's ruling on the Magistrate Judge's Report and Recommendation.

**IT IS FURTHER ORDERED** that plaintiff's **Motion for the Preservation of Habeas Corpus Proceedings (Rec. Doc. 6)** is **DENIED AS MOOT** because plaintiff's habeas corpus claims are being dismissed without prejudice.

New Orleans, Louisiana, this 20th day of July, 2011.

_____
UNITED STATES DISTRICT JUDGE